**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6149**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TROY ROLLE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District Judge.  (CR-97-608)

_____

Submitted:  April 28, 2005                    Decided:  May 6, 2005

_____

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Troy Rolle, Appellant Pro Se.  Harold Watson Gowdy, III, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Troy Rolle appeals the district court's orders denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (West 2000 & Supp. 2004) and his motion to reconsider. We have reviewed the record and find no reversible error. See United States v. Rolle, No. CR-97-608 (D.S.C. Jan. 6, 2005). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED